1 | [Counsel listed on signature page]

**FILED**

JUL - 7 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>BROADCOM CORPORATION, SERVERWORKS CORPORATION, ALTIMA COMMUNICATIONS, INC., and BROADCOM HOMENETWORKING, INC.,<br><br>    Defendants/Counterclaim-Plaintiffs. | Case No. CIV. S-02-0939 WBS JFM<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE ALL CLAIMS, COUNTERCLAIMS, AND AFFIRMATIVE DEFENSES**<br><br>**LODGED**<br><br>JUL - 2 2003<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>    DEPUTY |

Plaintiff/Counterclaim Defendant National Semiconductor Corporation ("NSC") and Defendants/Counterclaim Plaintiffs Broadcom Corporation, Serverworks Corporation, Altima Communications, Inc., and Broadcom Homenetworking, Inc. (collectively "Broadcom"), through signatures of their authorized representatives below, hereby respectfully request that, pursuant to Federal Rule of Civil Procedure 41, the Court enter an order dismissing this matter with prejudice in accordance with the following stipulations:

    1. NSC and Broadcom hereby stipulate and agree that all claims, counterclaims and affirmative defenses that have been asserted by NSC in this civil action against Broadcom, its subsidiaries, affiliates, customers, officers, directors or agents, as well as all claims, counterclaims and affirmative defenses that could have been asserted, whether or not such claims, counterclaims and affirmative defenses were known to, suspected by or disclosed to NSC, be dismissed.

| | |
|---|---|
| 1 | 2. NSC and Broadcom hereby stipulate and agree that all claims, counterclaims and affirmative defenses that have been asserted by Broadcom in this civil action against NSC, its subsidiaries, affiliates, customers, officers, directors or agents, as well as all claims, counterclaims and affirmative defenses that could have been asserted, whether or not such claims, counterclaims and affirmative defenses were known to, suspected by or disclosed to Broadcom, be dismissed. |
| 7 | 3. The dismissals set forth and described in Paragraphs 1 and 2 above shall be with prejudice in accordance with the Settlement Agreement between the parties dated June 27, 2003. |

1       4. Each party shall bear its own costs and attorneys' fees.

2

3                                                                       Respectfully submitted,

4

5  By: [signature]                            By: [signature]

6  John W. Keker (SBN: 49092)             James J. Elacqua (SBN: 187897)
James M. Emery (SBN: 153630)        Stephen J. Rosenman (SBN: 170220)

7  Brian L. Ferrall (SBN: 160847)          Andrew N. Thomases (SBN: 177339)
KEKER & VAN NEST, LLP              DEWEY BALLANTINE LLP

8  710 Sansome Street                       2300 Geng Road
San Francisco, California 94111-1704   Palo Alto, California 94303-3323

9  Telephone: (415) 391-5400             Telephone: (650) 845-7000
Facsimile: (415) 397-7188              Facsimile: (650) 845-7333

10

11  Henry C. Bunsow (SBN: 60707)       Chris Gibson (SBN: 073353)
HOWREY, SIMON, ARNOLD &        BOUTIN, DENTINO, GIBSON,

12  WHITE                                       DI GIUSTO, HODELL & WEST, a
525 Market Street, Suite 3600           Professional Corporation

13  San Francisco, California 94105-2708   555 Capitol Mall, Suite 1500
Telephone: (415) 848-4900             Sacramento, CA 95814-4603

14  Facsimile: (415) 848-4999              Telephone: (916) 321-4444
                                                    Facsimile: (916) 441-7597

15  Jack V. Lovell (SBN: 51026)
HUNTER RICHEY DI BENEDETTO

16  & EISENBEIS, LLP
Renaissance Tower

17  801 K Street, 23rd Floor
Sacramento, California 95814

18  Telephone: (916) 491-3000
Facsimile: (916) 491-3080

19

20  Attorneys for Plaintiff/Counterclaim     Attorneys for Defendants/Counterclaim
Defendant                                   Plaintiffs BROADCOM CORPORATION,

21  NATIONAL SEMICONDUCTOR        SERVERWORKS CORPORATION,
CORPORATION                              ALTIMA COMMUNICATIONS, INC. and

22                                                            BROADCOM HOMENETWORKING,
                                                          INC.

23  Date: June 27, 2003                          Date: June 27, 2003

24

25  **IT IS SO ORDERED:**

26  Date: 7/3/2003                               [signature]
                                                         UNITED STATES DISTRICT JUDGE

27

28

**PROOF OF SERVICE**

I am a citizen of the United States, over eighteen years of age and not a party to the within action. My business address is 801 K Street, 23rd Floor, Sacramento, California, 95814.

On July 2, 2003, I served the following:

**STIPULATION AND ORDER DISMISSING WITH PREJUDICE ALL CLAIMS, COUNTERCLAIMS, AND AFFIRMATIVE DEFENSES**

on the parties to said action by placing a copy thereof in a sealed envelope with postage fully prepaid thereon for collection and mailing on that date following ordinary business practices addressed as follows:

[X]   BY FIRST CLASS MAIL     [ ] BY EXPRESS MAIL: *I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at Sacramento, California. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each day's correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.*

[X]   BY TELEFACSIMILE TRANSMISSION: *I transmitted the above-described document from a telefacsimile machine, whose telephone number is 916/491-3080, to the person(s) listed above at the indicated fax machine telephone number(s). The above-described transmission was reported as complete without error by a transmission report issued by the telefacsimile machine upon which said transmission was made, immediately following the transmission. (CRC 2008(e)(4))*

James J. Elacqua, Esq.  
Brobeck, Phleger & Harrison  
2000 University Avenue  
East Palo Alto, CA 94303  

Henry C. Bunsow, Esq.  
Howrey Simon Arnold & White, LLP  
525 Market Street, Suite 3600  
San Francisco, CA 94105  

John W. Keker, Esq.  
James M. Emery, Esq.  
Brian L. Ferrall, Esq.  
Keker & Van Nest, LLP  
710 Sansome Street  
San Francisco, CA 94111-1704  

[X]   BY PERSONAL DELIVERY USING COURIER SERVICE: *I caused the above-described document to be delivered to an authorized courier service or driver with instructions to hand-deliver said document to the person(s) listed above at their respective addresses.*

Chris Gibson, Esq.  
Boutin Dentino Gibson  
  Di Giusto Hodell Inc.  
555 Capitol Mall, Suite 1500  
Sacramento, CA 95814  

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2003, at Sacramento, California.

*Linda Ess*
Linda Ess

PROOF OF SERVICE  
CASE NO. CIV. S-02-0939 WBS JFM

```
                    United States District Court
                              for the
                    Eastern District of California
                            July 7, 2003


                    * * CERTIFICATE OF SERVICE * *

                                          2:02-cv-00939


   Natl Semiconductor

       v.

   Broadcom Corporation

   _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 7, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Henry C Bunsow                                SH/WBS
        Howrey Simon Arnold and White
        525 Market Street                             CF/JFM
        Suite 3600
        San Francisco, CA   94105

        Jack Vivian Lovell
        Hunter Richey DiBenedetto and Eisenbeis
        Renaissance Tower
        801 K Street
        23rd Floor
        Sacramento, CA   95814-3525

        John Watkins Keker
        Keker and Van Nest
        710 Sansome Street
        San Francisco, CA   94111-1704

        Chris Gibson
        Boutin Dentino Gibson Di Giusto Hodell and West
        555 Capitol Mall
        Suite 1500
        Sacramento, CA   95814-4602
```

Andrew Neil Thomases
Dewey Ballantine LLP
2300 Geng Road
Palo Alto, CA  94303

                                                      Jack L. Wagner, Clerk

                                      BY: *[signature: R. Mena-Sanchez]*
                                               Deputy Clerk